**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Veronica Garcia, et al.,

Plaintiff(s),

v.

Teriyaki Boy Inc., et al.,

Defendant(s).

Case No. 2:26-cv-01702-CDS-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 13, 2026.

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge