**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Veronica Garcia, et al.,<br>Plaintiff(s),<br>v.<br>Teriyaki Boy, Inc., et al.<br>Defendant(s). | Case No. 2:26-cv-01702-CDS-NJK<br>**Order**<br>[Docket No. 20] |

Pending before the Court is the parties' joint discovery plan. Docket No. 20. The Court SETS a scheduling conference for 11:00 a.m. on November 20, 2026, in Courtroom 3C.

IT IS SO ORDERED.

Dated: November 13, 2026

Nancy J. Koppe
United States Magistrate Judge